FROHLICH *v.* GRAULICH.

PLEADING—COMMON COUNTS—APPEAL FROM JUSTICE'S COURT—
AMENDMENTS.

　Plaintiff, having declared on the common counts alone in
　justice's court, cannot amend his declaration in the circuit on
　appeal by adding a special count for breach of contract.

Error to Wayne; Carpenter, J.　Submitted April 28,
1897.　Decided May 25, 1897.

*Assumpsit* by Edward Frohlich against Clara Graulich
for goods bargained and sold.　From a judgment for
plaintiff, defendant brings error.　Reversed.

　*Jonathan Palmer, Jr.*, for appellant.

　*Durbin Newton* ( *Maybury & Lucking*, of counsel ),
for appellee.

　HOOKER, J.　The plaintiff sued the defendant, a mar-
ried woman, in justice's court, declaring on the common
counts.　The bill of particulars was as follows :

TOLEDO.　　　　　EDWARD FROHLICH GLASS CO.　　　DETROIT.
　　　　　　　　　　　　　　　　DETROIT, May 15, 1895.

　Sold to Charles F. Graulich, Agt. :
4 P. P. 20x68
4 P. P. 17x105
3 P. P. 62x105
1 P. P. 74x105 ------------------------------------------- $201 43
　　　　　　　　　Filed June 21, 1895.
　　　　　　　　　　W. C. HARRIS, Clerk.

He obtained a judgment for $70.　Upon the trial at cir-
cuit, the court allowed an amendment to the declaration
by adding a special count for a breach of contract in
refusing to accept and pay for the items mentioned in the
bill of particulars, and a verdict and judgment followed

upon this theory solely. The amendment was made and evidence admitted against objection and exception by counsel for defendant. The case is within the rule stated. in the case of *Loranger* v. *Davidson*, 110 Mich. 605.

Judgment reversed, and a new trial ordered.

The other Justices concurred.